**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ALFREDO CHEVRES,

                Plaintiff,

-against-                                  22 **CIVIL** 5885 (LJL)

**JUDGMENT**

KILOLO KIJAKAZI, Acting Commissioner of
Social Security,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 22, 2023, Defendant's motion for summary judgment is GRANTED.

**Dated:** New York, New York

       February 23, 2023

                                          **RUBY J. KRAJICK**

                                          _____
                                             **Clerk of Court**

                      **BY:**     *K. Mango*

                                           _____
                                             **Deputy Clerk**